Evan Livingstone, SBN 252008
Attorney at Law
1160 N Dutton Ave, Ste 105
Santa Rosa CA 95401
Phone: (707) 206-6570
Fax: (707) 676-9112
Email: evanmlivingstone@gmail.com

Attorney for Debtor Cathy M Divodi

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 17-10185 |
| Cathy M Divodi | Chapter 13 |
| Debtor(s) / | **REQUEST FOR ENTRY OF DEFAULT ORDER GRANTING MOTION TO CONFIRM MODIFIED CHAPTER 13 PLAN** |

TO THE COURT:

On June 12, 2021, Debtor filed a Motion to Modify Confirmed Plan pursuant to U.S.C. §1329 (Doc. 28), and served a Notice and Opportunity for Hearing on the Motion to Modify Debtor's Confirmed Chapter 13 Plan (Doc. 29), as well as a copy of Debtor's Modified Chapter 13 Plan of June 12, 2021 (Doc. 27) to all of the parties on the court's service list.

The attorney for debtor has received no notice of opposition or request for hearing on debtor's motion, and the Chapter 13 trustee has signed the order confirming plan.

Therefore, debtor prays the court grants debtor's proposed motion.

Date: August 4, 2021            /s/Evan Livingstone
                                Evan Livingstone
                                Attorney for Debtor

DECLARATION OF EVAN LIVINGSTONE

I Evan Livingstone, attorney for debtor, declare under penalty of perjury that I have received neither opposition nor request for a hearing on debtor's motion, and that the Chapter 13 Trustee has signed the order confirming plan

Date: August 4, 2021                             /s/Evan Livingstone
                                                 Evan Livingstone
                                                 Attorney for Debtor