

Signed and Filed: August 9, 2021

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

Evan Livingstone, SBN 252008
Attorney at Law
1160 N Dutton Ave, Ste 105
Santa Rosa CA 95401
Phone: (707) 206-6570
Fax: (707) 676-9112
Email: evanmlivingstone@gmail.com

Attorney for Debtor Cathy M Divodi

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. 17-10185 |
|---|---|
| Cathy M Divodi | Chapter 13 |
| Debtor(s) / | **ORDER CONFIRMING MODIFIED CHAPTER 13 PLAN** |

Upon consideration of Debtor's MOTION TO MODIFY CHAPTER 13 PLAN filed with the Court on July 12, 2021, and upon the representation of Debtor's counsel that the motion was noticed to all creditors, and none objected, and that the Chapter 13 Trustee has approved the application, therefore,

**IT IS ORDERED** that the MODIFIED CHAPTER 13 PLAN filed on July 12, 2021, is confirmed;

**IT IS FURTHER ORDERED**, except insofar as inconsistent with anything above:

1. The modified plan term is 53 months. Payments will be $2,250.00 for 12 months, $3,250.00 for 11 months, $4,116.00 for 29 months, then a final payment of $37,704.00 (which is a total of 53 payments).

** END OF ORDER **

Approved as to Form and Content

/s/Brisa Ramirez
Brisa Ramirez, Staff Attorney for
**DAVID BURCHARD** Chapter 13 Trustee